UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **Rusty Brittain** individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>**ORC Holdings Group, LLC and Kristopher Copp;**<br>                  Defendants. | No.<br><br>**PLAINTIFF RUSTY BRITTAIN'S CONSENT TO JOIN COLLECTIVE ACTION AS NAMED PLAINTIFF** |

      I, Rusty Brittain, do hereby consent to be a party plaintiff to the above-entitled action. I authorize my attorneys, the Law Offices of Simon & Simon, Michael Fradin, and their associated attorneys ("the Attorneys"), to file the Complaint on my behalf and for other employees similarly situated. I authorize the Attorneys to represent me in the Lawsuit and make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit.

DocuSigned by:

*Rusty Brittain*
470D3DE0879C412...

Rusty Brittain

7/28/2022

Date