IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSTY BRITTAIN;<br><br>        Plaintiff,<br><br>vs.<br><br>ORC HOLDING GROUP, LLC, and KRISTOPHER COPP,<br><br>        Defendants. | **8:22CV271**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 25). The Court, being advised in the premises, finds that such an Order is proper.

The Court also notes that Mr. Brittain, having putatively filed on behalf of both absent FLSA-collective- and class-members (Filing No. 1), now stipulates to dismissal *individually*. Dismissal here shall not prejudice any claim that any putative collective- and class-member may yet raise.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear its own costs.

Dated this 28th day of July, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge